## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Eduardo Tomeo

                    Plaintiff,

v.                                         Case No.: 1:13−cv−04046
                                                           Honorable Sara L. Ellis

Citigroup Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 5/27/2014. Joint motion to consolidate actions [54] is granted. Reassignment and consolidation order to follow shortly. All pleadings to be filed in 13−cv−4046. Plaintiff's amended complaint to be filed by 6/10/2014. Defendants to answer or otherwise plead on or before 7/17/2014. Fact discovery ordered closed by 4/3/2015. Status hearing set for 11/5/2014 at 9:30 AM to report on settlement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.